# EXHIBIT B



# The Supreme Court of South Carolina

DANIEL E. SHEAROUSE
CLERK OF COURT

BRENDA F. SHEALY
CHIEF DEPUTY CLERK

POST OFFICE BOX 11330
COLUMBIA, SOUTH CAROLINA
29211
1231 GERVAIS STREET
COLUMBIA, SOUTH CAROLINA 29201
TELEPHONE: (803) 734-1080
FAX: (803) 734-1499
www.sccourts.org

October 16, 2019

William Pearce Davis, Esquire
PO Box 8057
Columbia SC 29202

Re:   Ex Parte: Zurich American Insurance Company, et al.
      Appellate Case No. 2019-001654

Dear Counsel:

We are returning your check number 75212 in the amount of $250.00 since there is no filing fee for joining a common law writ.

Very truly yours,

*Brenda J. Shealy*

Chief Deputy Clerk

Enclosure

cc:   Peter H. Dworjanyn, Esquire
      Laura Ruth Baer, Esquire
      Robert G. Rikard, Esquire
      Jescelyn Tillman Spitz, Esquire
      Jonathan M. Robinson, Esquire

G. Murrell Smith, Jr., Esquire
Wesley Brian Sawyer, Esquire
Lee H. Ogburn, Esquire
Ezra S. Gollogly, Esquire

# The Supreme Court of South Carolina

Ex Parte: Zurich American Insurance Company, Sentry Insurance a Mutual Company, and United States Fidelity and Guaranty Company, Petitioners.

In Re:

Roxanne Falls, Individually and as Personal Representative of the Estate of Charlotte Gaye Smith, Plaintiff,

v.

CBS Corporation, et al., Defendants,

In Re: Receivership of Covil Corporation by and through its Receiver Peter D. Protopas, Respondent.

and

Timothy W. Howe Individually and as Personal Representative of the Estate of Wayne Ervin Howe, deceased, and Jeanette Howe, Plaintiffs,

v.

Air & Liquid Systems Corporation, et al., Defendants,

In Re: Receivership of Covil Corporation by and through its Receiver Peter D. Protopas, Respondent.

and

Charles T. Hopper and Rebecca Hopper, Plaintiffs,

v.

Air & Liquid Systems Corporation, et al., Defendants,

In Re: Receivership of Covil Corporation by and through its Receiver Peter D. Protopas, Respondent.

and

James Michael Hill, Plaintiff,

v.

Advance Auto Parts, Inc., et al., Defendants.

In Re: Receivership of Covil Corporation by and through its Receiver Peter D. Protopas, Respondent.

and

Denver D. Taylor and Janice Taylor, Plaintiffs,

v.

Air & Liquid Systems Corporation, et al., Defendants,

In Re: Receivership of Covil Corporation by and through its Receiver Peter D. Protopas, Respondent.

Appellate Case No. 2019-001654

## ORDER

United States Fidelity and Guaranty Company (USF&G) and Sentry Insurance a Mutual Company (Sentry) ask to join Zurich American Insurance Company in its request for a common law writ of certiorari to review an order of the circuit court requiring Petitioners to locate and disclose a large number of documents to Respondent. The motions to join are granted. We deny the petition for a writ of certiorari.



_____ C.J.
_____ J.
_____ J.
_____ J.
_____ J.

Columbia, South Carolina

October 16, 2019

cc:
Peter H. Dworjanyn, Esquire
Laura Ruth Baer, Esquire
Robert G. Rikard, Esquire
Jescelyn Tillman Spitz, Esquire
Jonathan M. Robinson, Esquire
G. Murrell Smith, Jr., Esquire
Wesley Brian Sawyer, Esquire
The Honorable Jean Hoefer Toal
Lee H. Ogburn, Esquire
Ezra S. Gollogly, Esquire