# Exhibit E



# CARRIER HISTORY
## for
### Southern Insulation, Inc.
### 207 Bumcombe Road
### PO Box 3785
### Greenville, SC 29609
### FEIN #570483259

| Policy Dates | Carrier | CC# | Policy # |
|---|---|---|---|
| 2-26-68 - 2-26-70 | Continental Insurance Company | 253 | WC1121463<br>WC2119945 |
| 2-26-70 - 2-26-76 | Potomac Insurance Co. of Illinois | 111 | U454500<br>U475876<br>U511293<br>U559148<br>U577442<br>U623988 |
| 2-26-76 - 2-25-87 | Royal Globe Insurance Company | 73 | PCS902335<br>PCS133093 |
| 2-25-87 - 3-14-89 | United States Fidelity & Guaranty Co. | 86 | 1506296874<br>1506296882 |
| 3-14-89 - 12-15-90 | Fidelity & Casualty Company of NY | 40 | 54C873967589C<br>28C877560290C |
| 12-15-90 - 2-12-91 | Gap in Coverage | | |
| 2-12-91 - 2-12-92 | Fidelity & Casualty Company of NY | 40 | 28C879735691B |
| 2-12-92 - 2-26-92 | Gap in Coverage | | |
| 2-26-92 - 10-18-92 | United States Fidelity & Guaranty Co. | 86 | 1107240921 |

*no coverage on file after 10-18-92*

SouthernInsulation000768

```
PQI0320M              NATIONAL COUNCIL ON COMPENSATION INSURANCE       01/06/00
PO                    PROOF OF COVERAGE - POLICY INFORMATION           15:39:39


POLICY 1107240921               CARRIER 10847   EFF DT 02/26/92  EXP DT 02/26/93
INSURED NAME SOUTHERN INSULATION INC            RCV DT 03/23/92  ASSGN/VOL? A

ADDRESS        POB 3785
               GREENVILLE                 SC 29609
LEGAL STATUS CORPORATION         FEDERAL ID  570483259    EMP LEASING


CARRIER   UNITED STATES FIDELITY & GUARANTY CO
          CHARLOTTE                  NC

GOV CLASS CD  5183                     DOC RCV DT 04/24/92
COVERAGE TYPE POLICY                   DOC ID    0126


MULTI-STATE? YES    ADDL NAMES? YES    ADDL LOCS? YES    CRNS? YES

NEXT FUNCTION : CA         (KE, QU, ST, NA, LO, CA, FUNC)
NAME :                          POLICY :              FED ID :
```

SouthernInsulation000769

```
PQI0360M            NATIONAL COUNCIL ON COMPENSATION INSURANCE        01/06/00
CA               PROOF OF COVERAGE - CANCEL/REINSTATE/NON-RENEW DATA   15:39:45
```

POLICY 1107240921              CARRIER 10847    EFF DT 02/26/92   EXP DT 02/26/93
INSURED NAME SOUTHERN INSULATION INC           RCV DT 03/23/92

| ISSUE DATE | EFFECTIVE DATE | RECEIVE DATE | TRANS TYPE | CANCEL TYPE | REASON |
|---|---|---|---|---|---|
| 09/15/92 | 09/27/92 | 09/18/92 | CANCELLED | SHORT RT | OTHER |
| 09/15/92 | 10/17/92 | 09/18/92 | CANCELLED | SHORT RT | INSURE REQS |

NEXT FUNCTION :                 (KE, QU, PO, ST, NA, LO, FWD, BWD, FUNC)
NAME :                          POLICY :                  FED ID :
- LAST PAGE -

SouthernInsulation000770

```
PQI0340M             NATIONAL COUNCIL ON COMPENSATION INSURANCE          01/06/00
NA                     PROOF OF COVERAGE - ADDITIONAL NAMES              15:39:58

POLICY 1107240921              CARRIER 10847   EFF DT 02/26/92   EXP DT 02/26/93
INSURED NAME SOUTHERN INSULATION INC           RCV DT 03/23/92

ADDITIONAL INSURED NAME                                  FEDERAL ID
DELTA MECHANICAL INC
```

```
NEXT FUNCTION :                 (KE, QU, PO, ST, LO, CA, FWD, BWD, FUNC)
NAME :                             POLICY :                    FED ID :
- LAST PAGE -
```

SouthernInsulation000771



```
PQI0320M        NATIONAL COUNCIL ON COMPENSATION INSURANCE        09/23/97
PO                PROOF OF COVERAGE - POLICY INFORMATION            15:57:39


POLICY 28C879735691B        CARRIER 10332  EFF DT 02/12/91  EXP DT 02/12/92
INSURED NAME SOUTHERN INSULATION INC          RCV DT 03/12/91  ASSGN/VOL? A

ADDRESS     PO BOX 3785
            GREENVILLE                    SC 29609
LEGAL STATUS CORPORATION        FEDERAL ID  570483259


CARRIER   FIDELITY & CASUALTY COMPANY OF NEW YORK
          GLENS FALLS              NY

GOV CLASS CD  5183                  DOC RCV DT 03/18/91
COVERAGE TYPE POLICY                DOC ID    0050


MULTI-STATE? NO    ADDL NAMES? YES    ADDL LOCS? YES    CRNS? YES

NEXT FUNCTION :          (KE, QU, ST, NA, LO, CA, FUNC)
NAME :                      POLICY :              FED ID :

                              167.7.10.164  15:57:33
```

SouthernInsulation000772

 

```
PQI0360M          NATIONAL COUNCIL ON COMPENSATION INSURANCE          09/23/97
CA         PROOF OF COVERAGE - CANCEL/REINSTATE/NON-RENEW DATA        15:57:51

POLICY 28C879735691B           CARRIER 10332    EFF DT 02/12/91  EXP DT 02/12/92
INSURED NAME SOUTHERN INSULATION INC           RCV DT 03/12/91

  ISSUE       EFFECTIVE      RECEIVE       TRANS         CANCEL
  DATE          DATE          DATE         TYPE          TYPE            REASON

12/19/91     02/12/92      12/23/91     NON-RENEW
```

```
NEXT FUNCTION :             (KE, QU, PO, ST, NA, LO, FWD, BWD, FUNC)
NAME :                           POLICY :                   FED ID :
- LAST PAGE -
                                      167.7.10.164  15:57:46
```

SouthernInsulation000773

```
PQI0320M              NATIONAL COUNCIL ON COMPENSATION INSURANCE        01/07/00
PO                    PROOF OF COVERAGE - POLICY INFORMATION            15:06:41


POLICY 28C877560290C              CARRIER 10332   EFF DT 03/29/90   EXP DT 03/29/91
INSURED NAME SOUTHERN INSULATION INC             RCV DT 05/04/90   ASSGN/VOL? A

ADDRESS       2507 BUNCOMBE RD
              GREENVILLE               SC 29609
LEGAL STATUS CORPORATION      FEDERAL ID  570483259   EMP LEASING


CARRIER  FIDELITY & CASUALTY COMPANY OF NEW YORK
         GLENS FALLS              NY

GOV CLASS CD  5183               DOC RCV DT 05/23/90
COVERAGE TYPE POLICY             DOC ID     0005


MULTI-STATE? YES    ADDL NAMES? NO    ADDL LOCS? YES    CRNS? YES

NEXT FUNCTION :            (KE, QU, ST, NA, LO, CA, FUNC)
NAME :                     POLICY :              FED ID :
```

SouthernInsulation000774

```
PQI0360M              NATIONAL COUNCIL ON COMPENSATION INSURANCE        01/07/00
CA            PROOF OF COVERAGE - CANCEL/REINSTATE/NON-RENEW DATA        15:06:44
```

POLICY 28C877560290C          CARRIER 10332    EFF DT 03/29/90    EXP DT 03/29/91
INSURED NAME SOUTHERN INSULATION INC           RCV DT 05/04/90

| ISSUE DATE | EFFECTIVE DATE | RECEIVE DATE | TRANS TYPE | CANCEL TYPE | REASON |
|---|---|---|---|---|---|
| 11/09/90 | 10/08/90 | 11/15/90 | CANCELLED | PRO-RATE | NON-PAYMENT |

```
NEXT FUNCTION :              (KE, QU, PO, ST, NA, LO, FWD, BWD, FUNC)
NAME :                          POLICY :                  FED ID :
- LAST PAGE -
```

SouthernInsulation000775

```
PQI0320M          NATIONAL COUNCIL ON COMPENSATION INSURANCE          01/07/00
PO                PROOF OF COVERAGE - POLICY INFORMATION               15:05:37


POLICY 54C873967589C          CARRIER 10332   EFF DT 03/14/89   EXP DT 03/14/90
INSURED NAME SOUTHERN INSULATION INC          RCV DT 05/12/89   ASSGN/VOL? A

ADDRESS       2507 BUNCOMBE ROAD
              GREENVILLE              SC 29609
LEGAL STATUS CORPORATION       FEDERAL ID  570483259    EMP LEASING


CARRIER  FIDELITY & CASUALTY COMPANY OF NEW YORK
         CRANBURY                   NJ

GOV CLASS CD  5183               DOC RCV DT 05/12/89
COVERAGE TYPE POLICY             DOC ID     0000


MULTI-STATE? YES    ADDL NAMES? NO    ADDL LOCS? YES    CRNS? NO

NEXT FUNCTION :            (KE, QU, ST, NA, LO, CA, FUNC)
NAME :                     POLICY :              FED ID :
```

SouthernInsulation000776

```
                         ─Oldsyfa Policy Record─
O-CMAINT                                              09/23/97 a
                                                        2:42 PM
  Emp Code: 10021663                    Eff: 04/03/89 –
                                      Rcv Dt: 03/06/89
Insured: SOUTHERN INSULATION INC
              2507 BUNCOMBE
              GREENVILLE               SC 29609-       Loaded: 12/06/91
                                                      Lst Upd: 12/06/91
Cart: 001038    Frame: 3305          FEI: 000000000

Carr: 00086 US FIDELITY & GUARANTY CO

Policy: 1506296874      infol: *     Pol Date: 02/25/87

Rec Type: B Report of Cancellation  ─Trans Flag:    Superceded:

Comments:
```

PRESS 'R' return to search,  'U' to update ,'F3' for Carrier.
        'E' TO EXIT

SouthernInsulation000777

```
PQI0320M              NATIONAL COUNCIL ON COMPENSATION INSURANCE        01/07/00
PO                   PROOF OF COVERAGE - POLICY INFORMATION             14:06:58


POLICY 1506296882             CARRIER 10847    EFF DT 02/25/88  EXP DT 02/25/89
INSURED NAME SOUTHERN INSULATION INC           RCV DT 03/29/88  ASSGN/VOL? A

ADDRESS        2507 BUNCOMBE RD
               GREENVILLE                   SC 29609
LEGAL STATUS CORPORATION      FEDERAL ID  NO FED ID    EMP LEASING


CARRIER    UNITED STATES FIDELITY & GUARANTY CO
           CHARLOTTE                  NC

GOV CLASS CD  5183              DOC RCV DT 03/29/88
COVERAGE TYPE POLICY            DOC ID    0570


MULTI-STATE? YES    ADDL NAMES? NO    ADDL LOCS? NO    CRNS? NO

NEXT FUNCTION :            (KE, QU, ST, NA, LO, CA, FUNC)
NAME :                     POLICY :              FED ID :
```

SouthernInsulation000778

```
PQI0320M              NATIONAL COUNCIL ON COMPENSATION INSURANCE          01/07/00
PO                    PROOF OF COVERAGE - POLICY INFORMATION              14:05:18


POLICY 1506296874                   CARRIER 10847    EFF DT 02/25/87   EXP DT 02/25/88
INSURED NAME SOUTHERN INSULATION INC                 RCV DT 04/16/87   ASSGN/VOL? A

ADDRESS       2507 BUNCOMBE RD
              GREENVILLE                  SC 29609
LEGAL STATUS CORPORATION         FEDERAL ID  NO FED ID    EMP LEASING


CARRIER   UNITED STATES FIDELITY & GUARANTY CO
          CHARLOTTE                  NC

GOV CLASS CD   5183              DOC RCV DT 00/00/00
COVERAGE TYPE POLICY            DOC ID      0000


MULTI-STATE? YES    ADDL NAMES? NO       ADDL LOCS? NO       CRNS? NO

NEXT FUNCTION :              (KE, QU, ST, NA, LO, CA, FUNC)
NAME :                            POLICY :                 FED ID :
```

SouthernInsulation000779

```
─────────────────Oldsyfa Policy Record─────────────────
 O-CMAINT                                        09/23/97 a
                                                   2:43 PM
   Emp Code: 00000000              Eff: 02/26/87 -
                                   Rcv Dt: 11/17/86

 Insured: SOUTHERN INSULATION INC
              2507 BUNCOMBE RD
              GREENVILLE              SC 29609-      Loaded: 12/09/91
                                                    Lst Upd: 12/09/91

 Cart: 001012   Frame: 1676        FEI: 000000000

 Carr: 00359 ROYAL INS CO OF AMERICA

 Policy: PCS133093       info1:      Pol Date: 02/26/86

 Rec Type: B Report of Cancellation  —Trans Flag:   Superceded:

 Comments:
```

```
 PRESS 'R' return to search,  'U' to update ,'F3' for Carrier.
        'E' TO EXIT
```

SouthernInsulation000780



| Serial No. | | Carrier | | Eff. Date | Exp. Date | | Policy No. 73 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 743 142 | | ROYAL GLOBE INS | | 8-26-76 | CONTINUOUS | PCS90 23 | 35 |

Assured: **SOUTHERN INSULATION, INC.**
S.C.

Address: 2507 BUNCOMBE ROAD
GREENVILLE, S.C.        Location: S.C.

| Class Code | Std. Cover Rate | O. D. Cover Rate | | Class Code | Std. Cover Rate | O. D. Cover Rate | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 5479 | 2.62 | | CHANGE OF CARRIER | | RENEW | | |
| 5606 | .20 | | | | | | |
| 8810 | | | | | | | |

| | Loss Constant | Min. Prem. | Exp. Mod. | Ex. Mod. | Full Mod. | ???? | Std. Cov. | Vol. Comp. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10. | 000 | 8.15. | 122. | | | | | |

C000000470 2061

V-FORM SENT
2.24.76 c.f.

## REPORT OF COVERAGE - Form "A"

SouthernInsulation000781



| Serial No. | Carrier | Eff. Date | Cancel. Date | Policy No. |
|---|---|---|---|---|
|  | Potomac | 2-26-75 | 2-26-76 | U 623988 |

**State** S.C.    **Assured** Southern Insulation, Inc.

**Address** 807 Buncombe Road    **Location** Greenville, S.C.    29609

If possible indicate type of cancellation

| Mark | Cancelled |
|---|---|
|  | "Not Taken" |
|  | Flat |
|  | Short Rate |
|  | Pro rata |

"Not Renewed"

00000004702062

# REPORT OF CANCELLATION - Form "B"

FORM COMP. 2325 9-60



| Serial No. 1 6 3 14 Center | | RR Date 02-26-75 | XXXXXXX Continuous | Policy No. U623988 | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 S.C. | Assured | Southern Insulation, Inc. | | | | | | |
| Address | 2507 Buncombe Rd. Greenville, S.C. 29609 | | | Location | | | | |
| Class Code | Std. Cover Rate | O.D. Cover Rate | | | Class Code | Std. Cover Rate | O.D. Cover Rate | |
| 8810 | .07 | | | NEW | | | | |
| 479 | 2.39 | | | | | | | |
| 606 | .56 | | | | | | | |

| Exp. Const. | Loss Constant | Min. Prem | Exp. Mod. | Ex. Mod. | Full Mod. | 7777 | Std. Cov. | Vol. Comp. |
|---|---|---|---|---|---|---|---|---|
| 10 | 001 15 | 90 | | 00 000470206.? | | | | |

Conditions Affecting Coverage:

Johnson & Johnson Inc.,Mgrs Glover Brothers Inc 049070

## REPORT OF COVERAGE - Form "A"

RB19
WC 7706 Ed # 141 UNIFORM PRINTING & SUPPLY DIV

SouthernInsulation000783

| Serial No. | Carrier | Eff. Date | Exp. Date | Policy No. |
|---|---|---|---|---|
| 1163-1444 | Potomac Ins. Co. | 02-26-74 | 02-26-75 | U577442 /// |

| State | S.C. | Assured | Southern Insulation, Inc. |
|---|---|---|---|

| Address | 2507 Buncombe Rd. Greenville, S.C. 29609 | Location | |
|---|---|---|---|

| Class Code | Std. Cover. Rate | O. D. Cover Rate | | Class Code | Std. Cover. Rate | O. D. Cover Rate |
|---|---|---|---|---|---|---|
| 5479 | 2.39 | | | | | |
| 5606 | .56 | | RENEW | | | |
| 8810 | .07 | | | | | |

| Exp. Const. | Loss Constant | Min. Prem. | Exp. Mod. | Ex- Med. | Full Med. | 7777 | Std. Cov. | Vol. Comp. |
|---|---|---|---|---|---|---|---|---|
| 10 | .002 | 15 | 90 | | | | | |

Conditions Affecting Coverage:

Johnson & Johnson Inc.,Mgrs.  Glover Brothers Inc. 049070

RB25  REPORT OF COVERAGE - Form "A"

WC 7706

| Serial No. | Carrier | Eff. Date | Exp. Date | Policy No. |
|---|---|---|---|---|
| 113-144 | Potomac | 2-26-73 | 2-26-74 | U 559148 |

| State | Assured |
|---|---|
| SC | Southern Insulation, Inc. |

Address 2507 Buncombe Road
Greenville, SC 29609

Location    same

| Class Code | Std. Cover. Rate | O. D. Cover Rate | | Class Code | Std. Cover. Rate | O. D. Cover Rate | |
|---|---|---|---|---|---|---|---|
| 8810 | .07 | | RENEW | | | | |
| 5479 | 2.39 | | | | | | |
| 5606 | .56 | | | | | | |

| Exp. Const. | Loss Constant | Min. Prem | Exp. Mod. | Ex. Med. | Full Med. | 7777 | Std. Cov. | Vol. Comp. |
|---|---|---|---|---|---|---|---|---|
| 10 | 002 | 15 | | | | | | |

Conditions Affecting Coverage:

Glover Brothers, Inc. — Johnson & Johnson Inc., Mgrs.
   049070

RB25

## REPORT OF COVERAGE - Form "A"

WC 7706

| Serial No. | Carrier | Eff. Date | Exp. Date | Policy No. |
|---|---|---|---|---|
| 463-144 | Potomac | 2-26-72 | 2-26-73 | U 511293  /// |

| State | Assured |
|---|---|
| S. C. | Southern Insulation, Inc. |

Address 2507 Buncombe Rd.
Greenville, S. C. 29609    Location  Same

| Class Code | Std. Cover. Rate | O. D. Cover Rate | | Class Code | Std. Cover. Rate | O. D. Cover Rate | |
|---|---|---|---|---|---|---|---|
| 8210 | .07 | | | | | | |
| 5472 | 2.39 | | | | | | |
| 5465 | .56 | | | | | | |
| | | | | | | | |

| Const. | Exc. | Extent | Min. Prem. | Exp. Mod. | Ex. Med. | Full Med. | ???? | Tol.%Cov. | V.I. Comp. |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 602 | .15 | | | | | | | |

Conditions Affecting Coverage:

Glover Brothers, Inc. 049070

Johnson & Johnson Inc., Mgrs.

REPORT OF COVERAGE - Form "A"

| Serial No. | Carrier | Eff. Date | Endorse. Eff. | Policy No. |
|---|---|---|---|---|
| 463-147 | **Potomac** | **2-26-71** | **2-26-71** | **U 475876** /// |

| State | Assured |
|---|---|
| **S. C.** | **Southern Insulation, Inc.** |

| Address | Location |
|---|---|
| **2507 Buncombe Road** **Greenville, S. C.   29609** | **Same** |

| Class Code | Std. Cover. Rate | O. D. Cover Rate | | Class Code | Std. Cover. Rate | O. D. Cover Rate |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Exp. Const. | Loss Constant | | | Min. Prem. | Exp. Mod. | Ex-Med. | Full Med. | 7777 | Std. Cov. | Vol. Comp. | Retro. Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CODE | 002 | Amt. | | | | | | | | |

**Conditions Affecting Coverage:**

**Glover Brother, Inc. 049070**

**Johnson & Johnson Inc., Mgrs.**

## REPORT OF ENDORSEMENT - Form "C"

FB27
★ 7708   (Ed. 8-54)  UNIFORM PRINTING & SUPPLY DIV.

| Serial No. | Carrier | Eff. Date | Exp. Date | Policy No. |
|---|---|---|---|---|
| 463 - 144 | Potomac | 2-26-71 | 2-26-72 | U 475876 /// |

State: S. C.    Assured: Southern Insulation Co.

Address: 2507 Buncombe Road
Greenville, S. C.

Location: Same

| Class Code | Std. Cover. Rate | O. D. Cover Rate | | Class Code | Std. Cover. Rate | O. D. Cover Rate | |
|---|---|---|---|---|---|---|---|
| 5479 | 2.59 | | RENEW | | | | |
| 8810 | .07 | | | | | | |
| 5606 | .55 | | | | | | |

| Exp. Const. | Loss Constant | Min. Prem. | Exp. Mod. | Ex- Med. | Full Med. | ???? | Std. Cov. | Vol. Comp. |
|---|---|---|---|---|---|---|---|---|
| 10 | .002   15 | | | | | | | |

Conditions Affecting Coverage:
Glover Brothers, INC. 04 9070   Johnson & Johnson,Inc.,Mgrs.

## REPORT OF COVERAGE - Form "A"

RB25
WC 7706

| Policy No. | County | | Eff. Date | Expir. Date | Policy No. |
|---|---|---|---|---|---|
| 463 144 | Potomac | | 2-26-70 | 2-26-71 | U 454500 |
| 1 S.C. | Assured | JUNIOUS BENSON NALLEY AND JESSE CLEVELAND SMITH DBA SOUTHERN INSULATION | | | |

**Address** 2507 Buncombe Road  
Greenville, S.C. 29609    **Location** Same

| Class Code | Std. Cover. Rate | O. D. Cover Rate | | Class Code | Std. Cover. Rate | O. D. Cover Rate | |
|---|---|---|---|---|---|---|---|
| 9810 | .06 | | | | | | |
| 5479 | 2.07 | | | | | | |

| Exp. Const. | Loss Constant | | | Min. Prem. | Exp. Mod. | Ex-Med. | Full Med. | 7777 | Std. Cov. | Vol. Comp. | Retro. Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CODE 002 | Amt. | 15 | | | | | | | | |

**Conditions Affecting Coverage:** Name Changed to: Junious Benson Nalley DBA Southern Insulation 049070 (7 Johnson & Johnson, Inc., Clover Brothers Inc. DBA...

# REPORT OF ENDORSEMENT - Form "C"

RB27  
W 7708  (Ed. 8-54) UNIFORM PRINTING & SUPPLY DIV.

| SERIAL NO. | CARRIER | EFF. DATE | EXP. DATE | POLICY NO. |
|---|---|---|---|---|
| 463-144 | Potomac | 2-26-70 | 2-26-71 | U 454500 |

| State | All States S.C. | ASSURED | JUSTICE BENSON BAILEY AND JESSE CLEVELAND SMITH DBA SOUTHERN INSULATION |
|---|---|---|---|

ADDRESS 2507 Buncombe Road
Greenville, S.C.

LOCATION Same

| CLASS CODE | STD. COVER RATE | O.D. COVER RATE | | CLASS CODE | STD. COVER RATE | O.D. COVER RATE | |
|---|---|---|---|---|---|---|---|
| 8810 | .09 | CHANGE OF | | | RENEW | | |
| 5479 | 2.67 | CARRIER | | | | | |

| EXP. CONST | LOSS CONSTANT | | | MULPREM | EXP. MOD. | X-MED | FULL MED | ???? | STD. COV. | VOL. COMP |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CODE 00 | AMT 15 | | | | | | | | |

CONDITIONS AFFECTING COVERAGE:
Glover Brothers, Inc.  049070-Johnson & Johnson, Inc.,
Managers
00067

REPORT OF COVERAGE - FORM "A"

RB21

WC7206 WHITE

253

The Continental Ins. Co. 2-25-69 2-26-70 WC21100115

S. C.    ASSURED Jesse Cleveland Smith d/b/as

ADDRESS    207 Buncombe Rd.,    Southern Insulation Co
Greenville, S. C.

| CLASS CODE | STD. COVER. RATE | O. D. COVER RATE | | CLASS CODE | STD. COVER. RATE | O. D. COVER RATE | |
|---|---|---|---|---|---|---|---|
| 5479 | 2.67 | | RENEW | | | | |

| EXP. CONST | LOSS CONSTANT | | MIN. PREM. | EXP. MOD. | EX-MED | FULL MED. | 7777 | STD. COV. | VOL COMP. |
|---|---|---|---|---|---|---|---|---|---|
| | CODE 002 | Amt. | 97.00 | | | | | | |

CONDITIONS AFFECTING COVERAGE:

REPORT OF COVERAGE - Form "A"

RB 25

LIAB. 3754                                                                 Printed in U.S.A.

| SERIAL NO. | CARRIER | EFF. DATE | EXP. DATE | POLICY NO. |
|---|---|---|---|---|
| | Continental Ins. Co. | 2-26-69 | 2-26-70 | WC2119945 |

| STATE | ASSURED | | |
|---|---|---|---|
| S. C. | Junious Benson Nally-d/b/a Southern Insulation Co. | | |

**ADDRESS** 207 Buncombe Rd.    **Location** Greenville, S. C.

| CLASS CODE | STD. COVER. RATE | O. D. COVER RATE | | CLASS CODE | STD. COVER. RATE | O. D. COVER RATE | |
|---|---|---|---|---|---|---|---|
| 5479 | 2.67 | | | | | | |

| EXP. CONST. | LOSS CONSTANT | | MIN. PREM. | EXP MOD. | EX-MED. | FULL MED. | 7777 | STD. COV. | VOL. COMP. |
|---|---|---|---|---|---|---|---|---|---|
| | CODE 002 | Amt | 97.00 | | | | | | |

CONDITIONS AFFECTING COVERAGE

# REPORT OF COVERAGE - Form "A"

R9 29

LIAB. 3754      Printed in U.S.A.

SouthernInsulation0007

| SERIAL NO. | CARRIER | EFF. DATE | EXP. DATE | POLICY NO. |
|---|---|---|---|---|
| #63 - | The Continental Ins | 2-26-68 | 2-26-69 | WC1121463 053 |

STATE 36

ASSURED: Junious Benson Nally etal
(Jesse Cleveland Smith d/b/a Southern

ADDRESS: 207 Buncombe Rd Greenville S. C.    Insulation Co.

| CLASS CODE | STD. COVER RATE | O.D. COVER RATE | | CLASS CODE | STD. COVER RATE | O.D. COVER RATE | |
|---|---|---|---|---|---|---|---|
| | | | NEW | | | | |

| EXP. CONST. | LOSS CONSTANT | | MIN. PREM. | EXP. MOD | EX-MED. | FULL MED. | 7777 | STD. COV. | VOL. COMP. |
|---|---|---|---|---|---|---|---|---|---|
| | CODE 002 | Amt. | 102.00 | | | | | | |

CONDITIONS AFFECTING COVERAGE:

# REPORT OF COVERAGE - Form "A"

RB 25

LIAB. 3754    Printed in U.S.A.