# Exhibit G

6:19-cv-02980-HMH     Date Filed 06/11/20     Entry Number 26-7     Page 2 of 6

D. J. Snea



# UNITED STATES FIDELITY AND GUARANTY COMPANY
### BALTIMORE 3, MARYLAND

## DEPARTMENT CIRCULAR

|  |  |
|---|---|
| **Dept.** | Casualty |
| **No.** | 4-70 |
| **Date:** | 3-18-70 |

**Subject**  I.  Evidence to Home Office
II. Destruction of Files
III. Spoiled Policies

> Attachment:
> Exhibit I - Evidence to Home Office

> Casualty Directive No. 1, dated January 5, 1961, is obsolete.

I. **EVIDENCE TO HOME OFFICE**

General

1. These instructions in no way affect:

   a. Accounting or Data Processing procedures applicable to your office. Continue to process premium transactions in accordance with current instructions.

   b. Other Home Office Departments' instructions dealing with transmittal or processing of Casualty related material.

2. It is the responsibility of the Branch Office Casualty Department to see that required "Evidence to Home Office", Attachment I, is stamped "HOME OFFICE EVIDENCE".

    Exception: Special Multi-Peril Policy (SMP) evidence will be stamped "HOME OFFICE EVIDENCE" by the Fire, Marine and Multi-Line Department.

3. The Branch Office will retain physical evidence of cancelation; that is, original policy, original renewal certificate, post office form reflecting mailing of cancelation notice, or original policy release or lost policy receipt.

Individual Line Requirements

   Refer to Exhibit I.

USF&G 0019320
CONFIDENTIAL SUBJECT
TO PROTECTIVE ORDER

USFG 629931

- 2 -    Casualty 4-70    3-18-70

## II. DESTRUCTION OF FILES AND RECORDS

The following instructions are to be clearly explained and passed on to those responsible for maintaining Casualty underwriting files. The field underwriting files are the only complete records maintained by the Company on each individual risk.

1. Applications, correspondence, daily reports, endorsements, renewal certificates, cancelation evidence and individual risk experience records are to be retained for all risks for three full years after policy termination.

    Exceptions:
    a. Retain data pertaining to policies

        (1) Under which claims are pending until such claims are closed;

        (2) for which premiums have not been collected until final settlement.

    b. A longer retention period may be necessary because of jurisdictional requirements; for example, a statute permitting direct suit against the insurer with the statute of limitations running beyond three years. Where similar or other circumstances warrant deviation from the standard retention period, consult with the Home Office.

2. General underwriting correspondence, that is, correspondence on which no binder or policy number appears, should be carefully reviewed and special cases retained. Other correspondence should be retained two full years in addition to current year.

## III. SPOILED POLICIES

Do not send "spoiled" policies to the Home Office. The term "spoiled policies" does not include any policy:

1. Under which exposure has been incurred,

2. For which premium has been previously charged and recorded, or

3. For which notice of coverage has been recorded with a State Board, Commission or other Authority.

*[signature]*

Vice President-Director

See Page 3 for Distribution

USF&G 0019321
CONFIDENTIAL SUBJECT
TO PROTECTIVE ORDER

USFG 629932



# UNITED STATES FIDELITY AND GUARANTY COMPANY
### BALTIMORE 3, MARYLAND

## DEPARTMENT CIRCULAR

|  |  |
|--|--|
| Dept. | Casualty |
| No. | 3-72 |
| Date: | 5-12-72 |

**Subject**  
    I. EVIDENCE TO HOME OFFICE  
    II. DESTRUCTION OF UNDERWRITING FILES  
    III. "SPOILED" POLICIES

> Attachment:  
> Exhibit I - Evidence to Home Office

> Department Circular Casualty 4-70  
> including attachment is obsolete.

### I. EVIDENCE TO HOME OFFICE

#### General

Exhibit I sets forth Home Office evidence required by the Casualty Department for underwriting purposes. Such is not to be confused with requirements of transmittal programs of other Departments calling for identical evidence in some instances but for performance of accounting, statistical or other functions.

These instructions in no way affect:

1. Accounting or Data Processing procedures applicable to your office. Continue to process premium transactions in accordance with present procedures.

2. Other Home Office Departments' instructions dealing with transmittal or processing of Casualty items.

All "Evidence to Home Office" in Exhibit I is to be stamped "HOME OFFICE EVIDENCE" for identification. This assures the evidence reaching the Home Office Casualty Department subsequent to any intervening processing. Stamping evidence is the responsibility of the Branch Office Casualty Department except for Special Multi-Peril policies (SMP) in which case the Fire, Marine and Multi-Line Department will perform the stamping upon individual risk notification by the Casualty Department.

Casualty 3-72    5-12-72           - 2 -

### Individual Line Requirements

Refer to Exhibit I

II. DESTRUCTION OF UNDERWRITING FILES

Field underwriting files are the only complete records maintained by the Company on each individual risk. Termination of coverage does not preclude future action on an account. It is necessary therefore that risk data be retained for a reasonable time following termination.

1. Applications, correspondence, daily reports, endorsements, renewal certificates, cancelation evidence and individual risk experience records are to be retained for all risks for three full years after policy termination.

    Exception:

    a. Retain data pertaining to policies:
        (1) under which claims are pending until such claims are closed;
        (2) for which premiums have not been collected until final settlement.

    b. A longer retention period may be necessary because of jurisdictional requirements; e.g., a statute permitting direct suit against an insurer with the statute of limitations exceeding three years. Where similar or other circumstances warrant departure from the standard retention period, consult the Home Office.

2. General underwriting correspondence, i.e., correspondence on which no binder or policy number appears, should be carefully reviewed and special cases retained. Other correspondence should be retained two full years in addition to current year.

III. "SPOILED" POLICIES

Do not send "spoiled" policies to the Home Office. The term "'spoiled' policies" does not include a policy:

1. under which exposure has been incurred;
2. for which premium has been previously charged and recorded; or
3. for which notice of coverage has been recorded with a State Board, Commission or other Authority.

*G. N. Bockhouff*

Vice President-Director

See Page 3 for Distribution.

1

- 3 -                               Casualty 3-72    5-12-72

## DISTRIBUTION

**FIELD OFFICES**                    **HOME OFFICE**

Manager                              Department Heads & Assistants
Assistant Manager                    Casualty
Agency & Development                 Claim
Casualty                             All Executive Officers
Claim
Fire, Marine & Multi-Line
Superintendent of Accounting
Accounting & Statistical Offices
Direct Reporting Claim Offices
Regional Claim Offices
Morley, Watson & Baldwin, Inc.
F.W. Williams State Agency - Jackson, Miss.
F.W. Williams State Agency - Meridian, Miss.