IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States Fidelity and Guaranty Company,<br><br>                                   Plaintiff,<br><br>Vs.<br><br>Southern Insulation, Inc.,<br><br>                                   Defendant. | Case Number: 6:19-cv-02980-HMH<br><br>NOTICE OF APPEARANCE OF<br>BRIAN BARNWELL FOR THE RECEIVER<br>FOR SOUTHERN INSULATION, INC. |

The undersigned, Brian Barnwell, hereby enters an appearance on behalf of the Receiver of Southern Insulation, Inc., Peter D. Protopapas, in the above captioned matter.

                                                            RIKARD & PROTOPAPAS, LLC

                                                            s/ Brian Barnwell
                                                            Brian M. Barnwell, Esquire
                                                            Fed Bar ID: 10624
                                                            Rikard & Protopapas, LLC
                                                            1329 Blanding Street
                                                            Columbia, SC 29201
                                                            803.978.6111
                                                            F: 803.978.6112
                                                            bb@rplegalgroup.com

This 18th Day of August, 2020