IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States Fidelity and Guaranty Company, | ) ) ) | C.A. No.: 6:19-cv-2980-HMH |
| Plaintiff, | ) ) ) | **PLAINTIFF AND COUNTER-DEFENDANT UNITED STATES FIDELITY AND GUARANTY COMPANY'S EXPERT WITNESS CERTIFICATION** |
| vs. | ) ) ) | |
| Southern Insulation, Inc., | ) ) | |
| Defendant. | ) **)** ) | |

Plaintiff and Counter-Defendant United States Fidelity and Guaranty Company ("USF&G"), by and through its undersigned counsel, hereby discloses that it expects to call at trial the following expert witnesses:

> James Robertson
> Interisk Limited
> 3320 Charla Drive
> Prescott, AZ 86305
> (928) 445-3430
>
> Steven Plitt
> The Cavanagh Law Firm
> 1850 North Central Avenue, Suite 2400
> Phoenix, AZ 85004
> (602) 322-4000

USF&G further certifies that it has disclosed to Defendant and Counter-Claimant Southern Insulation, Inc., written reports, dated August 26, 2020, prepared and signed by each witness, including all information required by Fed. R. Civ. P. 26(a)(2)(B).

*SIGNATURE PAGE ATTACHED*

1

August 26, 2020
Columbia, South Carolina

        Respectfully submitted,

        s/William P. Davis
        William P. Davis
        Fed. ID No.: 454
        Mariel D. Norton
        Fed. ID. No.: 11286
        Baker, Ravenel & Bender, L.L.P.
        3710 Landmark Drive, Suite 400
        Post Office Box 8057
        Columbia, South Carolina 29202
        Phone: (803) 799-9091; Fax: (803) 779-3423
        wdavis@brblegal.com;
        mnorton@brblegal.com
        File No.: 7746.2238

        Harry Lee
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, NW
        Washington, DC 20036
        Phone: 202-429-8112; hlee@steptoe.com
        *Admitted Pro Hac Vice*

        *Attorneys for Plaintiff and Counter-Defendant*
        *United States Fidelity & Guaranty Company*