IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States Fidelity and Guaranty Company,<br><br>Plaintiff,<br><br>Vs.<br><br>Southern Insulation, Inc.,<br><br>Defendant. | Case Number: 6:19-cv-2980-JD<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER OF PROTECTION** |

COMES NOW THE DEFENDANTS' ATTORNEY, Peter McCoy (Federal Bar 9896), who respectfully moves before this Court for an Order of Protection from March 27, 2021 through April 3, 2021. Mr. McCoy has recently appeared on behalf of the Defendant, Southern Insulation, Inc., (See ECF Docket 76, Notice of Appearance filed March 5, 2021) and has established plans for a family vacation while his children are on school holiday. Accordingly, Mr. McCoy respectfully seeks protection from appearances from any trials, court hearings, depositions, or related matters from March 27 through April 3, 2021. At present time, Mr. McCoy is not on any Roster during these dates, has no Court appearances scheduled on these dates and has notified all counsel of record.

RESPECTFULLY SUBMITTED,

s/ Peter M. McCoy, Jr.
Peter M. McCoy, Esquire
Federal Bar 9896
McCoy Law Group, LLC
15 Prioleau Street
Charleston, South Carolina 29401
Phone: 843.459.8835
Fascimile: 843.459.8834
Email: peter@mccoylawgrp.com

This 11th day of March, 2021